FILED ___ ENTERED
LODGED ___ RECEIVED

FEB -7 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY _____ DEPUTY

Judge James L. Robart

08-CV-01078-ORD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER EGNER, ) <br> ) <br> Defendant. ) | Case No. 08-CV 01078-JLR |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), counsel for Plaintiff, the United States of America, and Defendant, Peter Egner, file this Stipulation of Dismissal based upon the death of Defendant, Peter Egner. Mr. Egner's death certificate is attached hereto.

Based upon this Stipulation of Dismissal and Mr. Egner's death, undersigned counsel also request the Court to lift the Stipulated Protective Order entered by the Court in this case on August 8, 2010.

Defendant is not entitled to, and will not be requesting, attorneys' fees and costs.

STIPULATION OF DISMISSAL (No. 80-CV-01078-JLR) - 1

U.S. Dept. Of Justice, Criminal Division
Human Rights & Special Prosecutions
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530 (202) 616-2492

Dated: February 2, 2011

*[signature]*

ROBERT GIBBS, WSBA No. 5932
DEVIN T. THERIOT-ORR, WSBA
No. 33995
RALPH HUA, WSBA No. 42189

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(202)616-2492

Counsel for Defendant

LANNY A. BREUER
Assistant Attorney General

JENNY A. DURKAN
United States Attorney for the
  Western District of Washington

BRIAN C. KIPNIS
Chief, Civil Division
700 Stewart St., Suite 5220
Seattle, Washington 98101
(206) 553-7970

*[signature]*

SUSAN L. SIEGAL
Senior Litigation Counsel

HILLARY A. DAVIDSON
SUSAN MASLING
Senior Trial Attorneys

Human Rights and Special Prosecutions
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
John C. Keeney Bldg., Suite 200
Washington, D.C. 20530
(202) 616-2492
(fax) ((202) 616-2491
Hillary.Davidson@usdoj.gov
Susan.Masling@usdoj.gov
Susan.Siegal@usdoj.gov

Counsel for Plaintiff

It is SO ORDERED.
Dated this 5th day of February, 2011

*[signature]*

THE HONORABLE JAMES L. ROBART
United States District Court Judge

STIPULATION OF DISMISSAL (No. 80-CV-01078-JLR) - 2

U.S. Dept. Of Justice, Criminal Division
Human Rights & Special Prosecutions
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530 (202) 616-2492

# STATE OF WASHINGTON
## DEPARTMENT OF HEALTH
### CERTIFIED COPY OF DEATH CERTIFICATE

**Local File Number:** 856

**Washington State Certificate of Death**

**State File Number:**

**1. Legal Name (Include AKA's, if any):** First: PETER  Middle:  Last: EGNER  Suffix:
**2. Death Date:** Jan. 26, 2011

**3. Sex (M/F):** Male
**4a. Age – Last Birthday:** 88
**5. Social Security Number:** ####-##-6801
**6. County of Death:** King

**7. Birthdate:** 1922
**8a. Birthplace (City, Town, or County):** Crvenka
**8b. (State or Foreign Country):** Yugoslavia
**9. Decedent's Education:** 8th Grade

**10. Was Decedent of Hispanic Origin?** No
**11. Decedent's Race(s):** Caucasian
**12. Was Decedent ever in U.S. Armed Forces?** No

**13a. Residence: Number and Street:** 1750 152nd Ave NE C210
**13b. City or Town:** Bellevue
**13c. Residence: County:** King
**13e. State or Foreign Country:** Washington
**13f. Zip Code + 4:** 98007
**13g. Inside City Limits?** Yes

**14. Estimated length of time at residence:** 5 Years & 6 Months
**15. Marital Status at Time of Death:** Widower

**17. Usual Occupation:** Food & Beverage Director
**18. Kind of Business/Industry:** Hotel Industry

**19. Father's Name:** Johann Egner
**20. Mother's Name Before First Marriage:** Katherine Geise

**24. Place of Death, if Death Occurred in a Hospital:** Inpatient
**25. Facility Name:** Overlake Hospital
**26a. City, Town, or Location of Death:** Bellevue
**26b. State:** WA
**27. Zip Code:** 98004

**28. Method of Disposition:** Cremation
**29. Place of Final Disposition:** Seattle Service Group Crematory
**30. Location-City/Town, and State:** Seattle, WA

**31. Name and Complete Address of Funeral Facility:** Sunset Hills Funeral Home  1215-145th Place SE  Bellevue, WA 98007
**32. Date of Disposition:** January 31, 2011

**33. Funeral Director Signature:** Susan Broder

**Cause of Death:**

**34. Immediate Cause:** a. Metabolic Acidosis — Interval: 24 hours
b. Pancreatitis — Interval: 2 days

**35. Other significant conditions:** None

**38. Manner of Death:** Natural

**48a. Certifying Physician:** Jala Riddick, MD
**49. Name and Address of Certifier:** 11511 10th Ave, Bellevue, WA 98004
**50. Hour of Death (24hrs):** 0035
**52. Date Signed:** 1/27/11
**53. Title of Certifier:** MD
**54. License Number:** MD 60098855
**56. Was case referred to ME/Coroner?** No

**58. Date Received:** JAN 31 2011

DOH 01-003 (6/10)